UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
   :
ANTONIO CASTANEDA, *on behalf of himself and*   :
*others similarly situated*,    :
   :
                               Plaintiff,    :      25-CV-8789 (JMF)
   :
                -v-    :      <u>ORDER</u>
   :
2490 PROPERTIES LLC et al,    :
   :
                           Defendants.    :
   :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       On **October 27, 2025**, Defendants 2490 Properties LLC and 20 West Properties LLC were served with the Complaint, and proof of service was filed with the Court. *See* ECF Nos. 14, 15. To date, Defendants have failed to appear in this action. No later than **December 2, 2025,** Plaintiff shall submit a letter addressing whether Plaintiff has had any contact with Defendant or if he has any other reason to believe that Defendants have actual notice of this lawsuit.

       Plaintiff shall serve a copy of this Order electronically and/or by first-class mail on Defendants **within two business days from the date of this Order** and shall file proof of such service **within three business days of the date of this Order**.

       SO ORDERED.

Dated: November 24, 2025
       New York, New York
                                                  JESSE M. FURMAN
                                                United States District Judge