**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
ANTONIO CASTANEDA, *individually and on behalf*
*of others similarly situated*,

                               *Plaintiff*,

        -against-

2490 PROPERTIES LLC (d/b/a 2490 PROPERTIES),
20 WEST PROPERTIES LLC (d/b/a 20 West
PROPERTIES), DERVIS BERICHA, and YONI
BERICHA,

                            *Defendants.*
------------------------------------------------------------------X

**Case No.:** 1:25-cv-08789-JMF

**PROPOSED DEFAULT**
**JUDGMENT**

Plaintiff commenced this action by filing a Complaint (and associated documents) on October 23, 2025.

To date, Defendants 2490 Properties LLC (D/B/A 2490 Properties), 20 West Properties LLC (d/b/a 20 West Properties), Dervis Bericha, and Yoni Bericha have failed to answer or otherwise respond to the Complaint.  The Clerk of this Court certified the defaults of 2490 Properties LLC (d/b/a 2490 Properties), 20 West Properties LLC (d/b/a 20 West Properties), Dervis Bericha, and Yoni Bericha on December 10, 2025.

NOW, on motion of Plaintiff, by his attorneys, Michael Faillace & Associates, P.C, it is hereby

**ORDERED**, **ADJUDGED**, and **DECREED** that Plaintiff Antonio Castaneda have judgment, joint and severally, against Defendants 2490 Properties LLC (D/B/A 2490 Properties), 20 West Properties LLC (d/b/a 20 West Properties), Dervis Bericha, and Yoni Bericha in the total amount of $448,559.00 ~~$469,399.00~~ including (A) compensatory damages for unpaid minimum wages and overtime compensation in the amount of $219,279.50 ~~$229,699.50~~; (B) liquidated damages for unpaid minimum wages and overtime compensation in the amount of $ $219,279.50 ~~$229,699.50~~;  (C) statutory damages for violations of New York Labor Law § 195(1) in the amount of $5.000.00; (D) statutory damages for violations of New York Labor Law § 195(3) in the amount of $5,000.00.

That Plaintiff is awarded attorney's fees in the amount of $4,150.00 and costs in the amount of $804.00

That if any amounts remain unpaid upon the expiration of ninety days following issuance of judgment, or ninety days after expiration of the time to appeal and no appeal is then pending, whichever is later, the total amount of judgment shall automatically increase by fifteen percent, as required by NYLL § 198(4).

The Clerk of Court is directed to terminate ECF No. 35 and close the case.

Dated: New York, New York

January 28 , 2026

_____
HON. JESSE M. FURMAN
UNITED STATES DISTRICT JUDGE

This document was entered on the docket on

_____.

The adjusted damages amounts reflect (1) the NYLL's 6-year statute of limitations, *see, e.g.*, *Garcia v. Saigon Grill Inc.*, No. 15-CV-9433 (VSB), 2022 WL 1218482, at *2 (S.D.N.Y. Apr. 25, 2022), which allows Plaintiff to recover for claims that accrued starting on October 23, 2019, not September 1, 2019; and (2) the fact that, as Plaintiff's attorney conceded at the default judgment hearing held on the record on January 28, 2026, the applicable minimum wage amount for "small employers of ten or fewer employees," 12 N.Y.C.R.R. § 142-2.1(a)(1)(ii), was $13.50, not $15.00, for the October 23, 2019-December 31, 2019 period.